```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION


Lora F. Snyder,                    :

         Plaintiff,                :

    v.                             :        Case No. 2:13-cv-1019

Fleetwood RV, Inc., et al.,        :        Magistrate Judge Kemp

         Defendants.
                                 ORDER
```

The parties have filed a joint motion to substitute REV Recreation Group, Inc. for Fleetwood RV, Inc. as a named defendant.  The motion sets forth good cause and the motion (Doc. 103) is therefore granted.

```
                                  /s/ Terence P. Kemp
                                  United States Magistrate Judge
```