IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lora F. Snyder,                          :

       Plaintiff,                     :

      v.                             :       Case No. 2:13-cv-1019

Fleetwood RV, Inc., et al.,              :       Magistrate Judge Kemp

       Defendants.                    :

## ORDER

    REV Recreational Group, Inc. has moved for leave to file
under seal a motion in limine.  As its basis for filing under
seal, REV explains that filing the motion on the public record
will violate the parties' agreement regarding confidentiality.
This reason is not sufficiently specific to allow the Court to
conclude that filing under seal is appropriate.  See Shane Group,
Inc. v. Blue Cross Blue Shield of Michigan, 825 F.3d 299 (6th
Cir. 2016).  Consequently, the motion (Doc. 120) is denied.


                       /s/ Terence P. Kemp
                       United States Magistrate Judge